# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2014

147178

MICHIGAN ASSOCIATION OF
CHIROPRACTORS a/k/a CHIROPRACTORS
ASSOCIATION OF MICHIGAN and NICHOLAS
S. GRIFFITHS, D.C.,
               Plaintiffs-Appellees,

v

BLUE CARE NETWORK OF MICHIGAN, INC.,
               Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 147178
COA: 304783
Ingham CC: 09-000140-CZ

_____/

      On order of the Court, the application for leave to appeal the April 18, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2014



p0521

Clerk